JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA HERNANDEZ, ) | Case No. 1:14-CV-00023-SMS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| v. ) | **TO FILE OPENING BRIEF** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant, ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to September 8, 2014, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order, and that Defendant's Responsive Brief will be due on October 8, 2014.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel is experiencing health problems that have caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  July 29, 2014                    JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff



Date:  July 29, 2014                    BENJAMIN J. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        */s/*Tina R. Salidino*
                                        TINA R. SALIDINO
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant


                        ORDER

    APPROVED AND SO ORDERED


DATED:  8/12/2014                       /s/ SANDRA M. SNYDER_____
                                        UNITED STATES MAGISTRATE JUDGE




**Hernandez v. Colvin**                              **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-00023-SMS**