**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| JUANA HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:14-CV-00023-SMS<br><br><br>**ORDER GRANTING EXTENSION TO<br>BRIEFING SCHEDULE**<br><br><br>(Doc. 18) |

　　　Before the court in the above styled and numbered cause is the Parties' "Stipulation and Proposed Order to Extend Briefing Schedule," filed October 10, 2014 (Doc. 18), in which they request leave for a two-day extension for Defendant to file a responsive pleading.  Accordingly,

　　　**IT IS ORDERED** that the Parties' request for an extension of time for Defendant to file a response to Plaintiff's opening brief (Doc. 18), is **GRANTED**. Defendants shall file a responsive pleading to Plaintiff's opening brief on or before October 10, 2014.

**ORDER**

　　　APPROVED AND SO ORDERED.


DATED: 10/16/2014　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE